Bradley L. Middleton, OSB #89311
BRADLEY L. MIDDLETON, P.C.
6950 SW Hampton, Suite 250
Tigard, Oregon 97223
(503) 968-7487
(503) 968-6766 Facsimile
bradley@middletonpc.com
Attorney for Plaintiff

FILED
MAR 18 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION, INC., an Oregon corporation, | Case No. CV 07-1087 ST |
| Plaintiffs, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| RECOR SERVICES, INC., an Oregon corporation, | |
| Defendant. | |

Based on the Motion and Affidavit of Plaintiff's attorney and the records and files herein,

///

///

///

///

///

///

///

Page 1 - ORDER OF DISMISSAL WITHOUT PREJUDICE

BRADLEY L. MIDDLETON, P.C.
6950 SW Hampton St., Suite 250
Tigard, Oregon 97223
Telephone: (503) 968-7487

1  IT IS HEREBY ORDERED that the above case is dismissed without prejudice and
2  without fees and costs to either party.
3  DATED this 18th day of March 2009.

   _____

7  Respectfully submitted,
8  BRADLEY L. MIDDLETON, P.C.

11 Bradley L. Middleton, OSB No. 89311
   (503) 968-7487
12 (503) 968-6755 (Fax)
   bradley@middletonpc.com
13 Of Attorneys for Plaintiff

15 mit\recorr\pleading\orderdismissal

Page 2 - ORDER OF DISMISSAL WITHOUT PREJUDICE

BRADLEY L. MIDDLETON, P.C.
6950 SW Hampton St., Suite 250
Tigard, Oregon 97223
Telephone: (503) 968-7487